BEFORE THE FIRST DIVISION, MAY 1, 1967

**No. P67/130.**—Trans Global Import Co. *v.* United States, protest 64/16859 (Los Angeles).

OLIVER, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of softballs similar in all material respects to those the subject of *Lannom Manufacturing Co.* v. *United States* (55 Cust. Ct. 86, C.D. 2556), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MAY 1, 1967

**No. P67/131.**—Astra Trading Corp. *v.* United States, protests 66/8748, etc. (New York).

FORD, J.   In accordance with stipulation of counsel that the merchandise classified as flashlights is similar in all material respects to those the subject of *Astra Trading Corp.* v. *United States* (56 Cust. Ct. 555, C.D. 2703), the claim of the plaintiff was sustained.

(NOTE:   The following protests were decided by a special second division consisting of RAO, FORD, and RICHARDSON, Judges.)

**No. P67/132.**—M. Pressner & Co. *v.* United States, protests 289210–K, etc. (New York).

**No. P67/133.**—Parksmith Corp. *v.* United States, protests 291690–K, etc. (New York).

**No. P67/134.**—Levin Bros. *v.* United States, protests 304649–K, etc. (New York).

**No. P67/135.**—Langfelder, Homma & Carroll, Inc., et al. *v.* United States, protests 58/14746, etc. (New York).

**No. P67/136.**—Illfelder Importing Co., Inc. *v.* United States, protests 59/24323, etc. (New York).

**No. P67/137.**—Dan Brechner & Co. et al. *v.* United States, protests 61/16127, etc. (New York).

**No. P67/138.**—Arrow Novelty Co., Inc. *v.* United States, protests 63/21030, etc. (New York).

RICHARDSON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of so-called "miniature hunting knives" similar in all material respects to those the subject of *M. Pressner & Co.* v. *United States* (56 Cust. Ct. 489, C.D. 2686), the claim of the plaintiffs was sustained.